1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   ADRIAN BROWN,

11              Petitioner,                    Case No. C05-5293FDB

12       v.                                    ORDER CHANGING CASE
                                               CAPTION AND DIRECTING
13   RICHARD MORGAN,                           SERVICE AND RETURN,
                                               § 2254 PETITION
14              Respondent.

15

16

17        The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. §

18   2254.  This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C.

19   §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

20        When the petition was filed the court noted the petition did not name a proper respondent

21   and entered an order to amend.  (Dkt. # 7).  Petitioner replied by letter indicating the Superintendent

22   of the Washington State Penitentiary is Richard Morgan.  (Dkt. # 8).

23        The clerk is directed to change the case caption in this action to reflect Richard Morgan is the

24   proper respondent.  An amended petition is not needed.

25        (1).    The clerk shall arrange for service by certified mail upon respondent, a copy of the

26   petition, of all documents in support thereof, and of this Order, a copy of the Notice of Initial

27   Assignment and Consent to Proceed before a United States Magistrate Judge.  All costs of service

28   ORDER FOR SERVICE AND RETURN,  2254 PETITION - 1

1   shall be advanced by the United States.  The Clerk shall assemble the necessary documents to effect

2   service.  The Clerk shall send petitioner a copy of this Order, the General Order, a copy of the

3   Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.  The

4   clerk will also sen a courtesy copy of the petition to the Washington State Attorney General's Office

5   Criminal Justice Division.

6          (2)      Within forty-five (45) days after such service, respondent shall file and serve an

7   answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District

8   Courts.  As part of such answer, respondents should state whether petitioner has exhausted available

9   state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse

10  of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without

11  first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the

12  Clerk of Court and serve a copy of the answer upon petitioner.

13         (3)      The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon

14  receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the

15  answer is filed, petitioner may file and serve a response not later than on the Monday immediately

16  preceding the Friday appointed for consideration of the matter, and respondent may file and serve a

17  reply brief not later than on the Thursday immediately preceding the Friday designated for

18  consideration of the matter.

19

20

21         DATED this 10th day of June, 2005.

22

23                                              Karen L. Strombom
                                                United States Magistrate Judge
24

25

26

27

28  ORDER FOR SERVICE AND RETURN,  2254 PETITION - 2